UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL BESS,

    Plaintiff,

v.

J. PEFFLEY,

    Defendant.

Case No. 3:22-cv-00341-JSC

**PRETRIAL ORDER NO. 2: AMENDED CASE SCHEDULE**

As discussed at the May 21, 2025 case management conference, the Court amends the case schedule as follows:

| | |
|---|---|
| Expert Discovery Cutoff: | July 14, 2025 |
| Last Day to File Dispositive Motions: | August 4, 2025 |
| Oppositions to Dispositive Motions: | August 25, 2025 |
| Replies in Support of Dispositive Motions: | September 8, 2025 |
| Deadline for Hearing Dispositive Motions: | September 25, 2025 at 10:00 am |
| Pretrial Conference: | October 30, 2025 at 1:30 pm |
| Trial/Jury Selection: | November 17, 2025 |

Defendant's motion to amend his responses to Plaintiff's request for admission Nos. 8 and 9 is due May 29, 2025. The opposition is due June 12, 2025 and the reply is due June 20, 2025. The Court sets a hearing on the motion for July 10, 2025 at 10:00 a.m. in Courtroom 8, 450 Golden Gate Ave., San Francisco, California. The Court sets a further case management

conference for this same date and time.  The parties shall file a joint status update by July 8, 2025.

**IT IS SO ORDERED.**

Dated: May 21, 2025

JACQUELINE SCOTT CORLEY
United States District Judge